United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 1:24-CR-605 |
| § | |
| LUIS ENRIQUE REYES-BLANCO § | |

## AMENDED ORDER

The Court has considered Defendant Luis Enrique Reyes-Blanco's Unopposed Motion to Set Defendant's Sentencing to an Earlier Date (Doc. 20) and finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Luis Enrique Reyes-Blanco's Unopposed Motion to Set Defendant's Sentencing to an Earlier Date (Doc. 20) is **GRANTED**; and

**ORDERED** that the sentencing hearing is reset from February 18, 2025 to **January 28, 2025** at **8:30 a.m**.

SIGNED on January 6, 2025.

_____
Fernando Rodriguez, Jr
United States District Judge